UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABACUC APOLINAR BELTRAN,

                Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2022
```

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 5, 2022, the Court ordered the parties to submit a joint letter and a jointly proposed case management plan and scheduling order by September 1, 2022. ECF No. 9. The parties' proposed case management plan is now overdue. Accordingly, by **September 7, 2022**, the parties shall submit a jointly proposed case management plan and scheduling order.

    SO ORDERED.

Dated: September 2, 2022
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge