UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABACUC APOLINAR BELTRAN,

                Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/16/2023_

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 7, 2023, the Court ordered Plaintiff to file on the docket (1) proof of service and (2) the Supporting Papers (as defined in the Court's order) that were served upon Defendant (as an attachment to the proof of service). ECF No. 34. These submissions are overdue. Accordingly, by **March 20, 2023**, Plaintiff shall file these items on the docket.

      SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge