USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABACUC APOLINAR BELTRAN,

                Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

                Defendants.

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2023, the Court ordered Plaintiff to file on the docket the Supporting Papers that were served upon Defendants (as an attachment to the proof of service) by March 15, 2023. ECF No. 34. On March 16, 2023, the Court extended Plaintiff's deadline to file these items on the docket to March 20, 2023. ECF No. 35. Plaintiff has not filed the Supporting Papers as described in the Court's March 7, 2023 order. Accordingly, by **April 18, 2023**, Plaintiff shall file these items on the docket.

    SO ORDERED.

Dated: April 14, 2023
       New York, New York

ANALISA TORRES
United States District Judge