UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HABACUC APOLINAR BELTRAN,

                Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2023
```

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2023, the Court ordered Plaintiff to file, *inter alia*, the Supporting Papers that were served upon Defendants (as an attachment to the proof of service) on the docket by March 15, 2023 (the "OSC"). ECF No. 34. On March 16, 2023, the Court extended Plaintiff's deadline to file these items on the docket to March 20, 2023. ECF No. 35. On March 16 and 19, 2023, Plaintiff filed an affidavit of service reflecting that Defendants were served with the OSC and some of the Supporting Papers by first-class mail, ECF No. 36, and an affidavit of service reflecting that Defendants were served with the OSC, the complaint, and a declaration from Plaintiff by service on the Secretary of State, ECF No. 37. On April 14, 2023, the Court ordered Plaintiff to resubmit his materials because they were not filed as described in the OSC. ECF No. 38. On April 19, 2023, Plaintiff filed a document styled as a "letter" on the docket including the Supporting Papers. ECF No. 39.

    Plaintiff's latest submission is incomplete. The OSC required Plaintiff to serve copies of the OSC and the Supporting Papers on Defendants via hand-delivery or first-class mail **and** service on the Secretary of State. OSC ¶ 2. The record indicates that Plaintiff has not served Defendants with all of the Supporting Papers via service on the Secretary of State. ECF No. 37. Plaintiff has also not provided evidence that Defendants have been served with the complaint via hand-delivery or first-class mail. ECF No. 36. Plaintiff is required to serve the OSC, Plaintiff's proposed order to show cause for a default judgment, relevant declarations in support of Plaintiff's request for a default judgment, the complaint, the summons, the Clerk of Court's certificate of default judgment, Plaintiff's proposed default judgment, a statement of damages, and any other accompanying exhibits on each Defendant via hand-delivery or first-class mail **and** service on the Secretary of State. *See* OSC.

    Plaintiff is directed to make a proper filing consistent with the directives in the OSC and Attachment A of the Court's Individual Practices in Civil Cases by **May 4, 2023**. No further extensions shall be granted without a showing of good cause.

In addition, the order to show cause hearing scheduled for April 25, 2023, is ADJOURNED to **May 16, 2023**, at **3:00 p.m.**

SO ORDERED.

Dated: April 20, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge