UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HABACUC APOLINAR BELTRAN,

           Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2023
```

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated May 5, 2023. ECF No. 44. Plaintiff's counsel state, "[i]n our latest submission to the Court . . . , we submitted, what we believe, were all the documents consistent with the [Court's] directive." *Id.* at 1. Plaintiff's counsel "request more guidance as to what, exactly, was not consistent with the directives so that we may file properly." *Id.* The Court already did so in its May 5, 2023 order. ECF No. 43. Plaintiff's counsel's letter does not address the deficiencies identified in the Court's May 5, 2023 order. Accordingly, Plaintiff's request is DENIED.

    SO ORDERED.

Dated: May 8, 2023
       New York, New York

                                                    ANALISA TORRES
                                          United States District Judge