UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HABACUC APOLINAR BELTRAN,

        Plaintiff,

-against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023
```

22 Civ. 3636 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2023, the Court ordered Plaintiff to file, *inter alia*, the Supporting Papers that were served upon Defendants (as an attachment to the proof of service) on the docket by March 15, 2023 (the "OSC"). ECF No. 34. Since then, the Court has ordered Plaintiff to comply with the Court's directives concerning the proper filing of these documents on several occasions. ECF Nos. 35, 38, 40, 43, 45. Plaintiff's latest submission, ECF No. 46, is incomplete. Plaintiff has not shown that he has served the summons on Defendants. *E.g.*, ECF No. 40 (reminding Plaintiff of requirement to serve the summons on each Defendant via hand-delivery or first-class mail and service on the Secretary of State).

    Accordingly, by **July 12, 2023**, Plaintiff shall file proof of service of the summons on Defendants consistent with this and the Court's prior orders. Plaintiff need not resubmit the other items in his application. ECF No. 46. Failure to comply with the Court's orders shall result in dismissal of this action for failure to prosecute. Fed. R. Civ. P. 41(b).

    In addition, the order to show cause hearing scheduled for July 11, 2023, is ADJOURNED to **July 19, 2023**, at **10:30 a.m.**

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

ANALISA TORRES
United States District Judge