**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

HABACUC APOLINAR BELTRAN,                          :
                                                   :
                        Plaintiff,                 :          22-CV-3636 (AT) (OTW)
                                                   :
            -against-                              :          **ORDER**
                                                   :
IMAMURA, INC. (D/B/A YAKITORI SUNCHAN)             :
and TOKISHIGE IMAMURA,                             :
                                                   :
                        Defendants.                :
                                                   :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

This matter has been referred to me for Inquest following a default. (ECF 51). By

**September 11, 2023,** Plaintiff shall file **(1) proposed findings of fact and conclusions of law,**

**and (2) an inquest memorandum setting forth proof of damages**. Plaintiff's proposed damages

figures should be supported by documentary evidence and/or one or more affidavits

establishing the proposed figures. Plaintiff must also include documentation supporting the

requested attorney's fees and costs. Plaintiff must serve these documents on the Defaulting

Defendants and file a proof of service on the docket by **September 18, 2023**.

Defendants' opposition papers (if any) shall be filed by **October 18, 2023**.

The Court hereby notifies the parties that it may conduct this inquest solely on the

written submissions of the parties. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508

(2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include

the request in its papers, as well as provide reasons why a hearing is necessary and detail what

types of additional evidence would be presented at the hearing.

Plaintiff shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket by **July 27, 2023**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 20, 2023
      New York, New York

**Ona T. Wang**
United States Magistrate Judge