**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
HABACUC APOLINAR BELTRAN,

           Plaintiff,

           -against-

IMAMURA, INC. (D/B/A YAKITORI SUNCHAN) and TOKISHIGE IMAMURA,

           Defendants.
------------------------------------------------------------x

22-CV-3636 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On July 20, 2023, I directed Plaintiff to file (1) proposed findings of fact and conclusions of law and (2) an inquest memorandum setting forth proof of damages, and to serve these documents on the Defaulting Defendants and file proof of service on the docket by September 18, 2023. (ECF 52). Plaintiff filed proof of service of my July 20 Order on July 26, 2023, (*see* ECF Nos. 53, 54), and filed their inquest briefing on August 16, 2023, (*see* ECF Nos. 55-59), but, did not file proof of service of their inquest briefing as directed. (*See* Docket).

Accordingly, Plaintiff is directed serve their inquest briefing on the Defaulting Defendants, if they have not already done so, and file proof of service of the same on the docket by **June 18, 2025.**

       **SO ORDERED.**

Dated: June 16, 2025
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge