```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HABACUC APOLINAR BELTRAN,

                    Plaintiffs,

        -against-

IMAMURA, INC. (D/B/A YAKITORI SUN-
CHAN) and TOKISHIGE IMAMURA,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/1/2025_

22 Civ. 3636 (AT) (OTW)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiff, Habacuc Apolinar Beltran, brings this action against Defendants, Imamura, Inc. (d/b/a Yakitori Sun-Chan) and Tokishige Imamura, pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* and New York Labor Law §§ 190 *et seq.* and 650 *et seq.*, alleging, *inter alia*, failure to pay minimum wage and overtime compensation and failure to maintain accurate recordkeeping through wage statements and wage notices. *See generally* Compl., ECF No. 1. Following the entry of default judgment against Defendants on July 19, 2023, the Court referred this matter to the Honorable Ona T. Wang for a damages inquest. ECF Nos. 50–51.

After careful consideration, Judge Wang issued a report (the "R&R") recommending that Plaintiff be awarded $120,131.60 in total damages, which comprises $60,065.80 in unpaid minimum wage and overtime damages and $60,065.80 in liquidated damages. R&R at 21, ECF No. 62. Judge Wang also recommended that Plaintiff should be awarded pre-judgment interest, post-judgment interest, calculated in accordance with 28 U.S.C. § 1961(a), and attorney's fees and costs in the amount of $7,789.00. *Id.* Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *Id.* at 21–22; *see* Fed. R. Civ. P. 72(b)(2). The Court, therefore, reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error in Judge Wang's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS Judge Wang's R&R in its entirety. Plaintiff is AWARDED $120,131.60 in total damages and $7,789.00 in pre- and post-judgment interest and attorney's fees and costs.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge