USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/12/2026

**UNITED STATES DISTRICT**

**SOUTHERN DISTRICT OF NE**

-------------------------------------------

HABACUC APOLINAR BELTRAN,


       Plaintiff,     Case No. 1:22-cv-03636-AT


   - against -


IMAMURA, INC. d/b/a YAKITORI SUN-CHAN and

TOKISHIGE IMAMURA, individually,


       Defendants.

-------------------------------------------------------------x


**JUDGMENT**


    This action having been commenced on May 4, 2022, by the filing of the Complaint (ECF No. 1); and Defendants having been duly served with process; and Defendants having failed to answer, appear, or otherwise respond to the Complaint; and a Clerk's Certificate of Default having been entered on November 9, 2022 (ECF No. 22); and the Court having granted Plaintiff's motion for default judgment in part at the show cause hearing held on July 19, 2023 (ECF No. 50); and the matter having been referred to Magistrate Judge Ona T. Wang for a damages inquest (ECF No. 51); and Magistrate Judge Wang having issued a Report and Recommendation on August 21, 2025 (ECF No. 62); and Judge Analisa Torres having adopted the Report and Recommendation in its entirety on October 1, 2025 (ECF No. 63); now, therefore,


    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff HABACUC APOLINAR BELTRAN recover from Defendants IMAMURA, INC. d/b/a YAKITORI SUN-CHAN and TOKISHIGE IMAMURA, jointly and severally, as follows:


1. **Unpaid Minimum Wage and Overtime Damages**: $60,065.80;


2. **Liquidated Damages**: $60,065.80;


3. **Total Damages**: $120,131.60;

4. **Attorneys' Fees and Costs**: $7,789.00;

5. **Prejudgment Interest**: at the applicable rate set forth in the report and recommendation, *see* ECF No.62 at 17–18, from the date of accrual to the date of entry of this Judgment;

6. **Post-Judgment Interest**: pursuant to 28 U.S.C. § 1961(a), at the federal statutory rate from the date of entry of this Judgment until paid in full;

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: March 11, 2026
     New York, New York

_____
     ANALISA TORRES
    United States District Judge

Entered this _____ day of _____, 2026.

_____
Clerk of the Court

By: _____
    Deputy Clerk